**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| KATHLEEN S. LUCCI, A MARRIED WOMAN, | : | No. 399 WAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| THE LILLIAN J. ROEHL REVOCABLE TRUST DATED MARCH 21, 2014, ALICE E. ROBERTS, AND PAUL S. ROBERTS, INDIVIDUALLY AND IN THEIR CAPACITY AS TRUSTEES OF THE LILLIAN J. ROEHL REVOCABLE TRUST, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.